UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>SG DOWNTOWN LLC, a Delaware limited liability company dba Kimpton The Sawyer,<br><br>Defendant. | Case No. 2:19-cv-02534-WBS-EFB<br><br>**ORDER ON STIPULATION AND REQUEST TO SET ASIDE DEFAULT AND EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:     December 17, 2019 |

For good cause shown, it is hereby ordered that the default against Defendant SG Downtown LLC ("Defendant") be set aside, and that Defendant may file an answer to Plaintiff's complaint on or before January 31, 2020.

Dated: January 21, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO SET ASIDE DEFAULT AND EXTEND TIME TO ANSWER COMPLAINT
CASE NO.: 2:19-CV-02534-WBS-EFB

61317614v.1