UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>        Plaintiff,<br><br>    v.<br><br>SG DOWNTOWN LLC, a Delaware limited liability company dba Kimpton The Sawyer,<br><br>        Defendant. | Case No. 2:19-cv-02534-WBS-EFB<br><br>**ORDER ON SECOND STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:     December 17, 2019 |

For good cause shown, upon stipulation of the parties, it is hereby ordered that Defendant may file a response to Plaintiff's complaint on or before February 21, 2020.

Dated:  February 3, 2020

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE